UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| In Re: | Chapter 13 |
|---|---|
| Antonio Bertram Mccants<br>Po Box 2792<br>Butler, GA 31006 | Case No: 18-40304-JTL |

## Withdrawal

Now comes the standing Chapter 13 Trustee and withdraws her objection filed on September 21, 2018 to claim # 11 by United Consumer Financial Svcs.

This 24 day of October 2018.

/s/ Kristin Hurst

Kristin Hurst
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of the within and foregoing document (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, or (3) depositing it in the United States mail with first class postage attached thereto to all other interested parties not served by electronic means at their addresses shown below.

Antonio Bertram Mccants
Po Box 2792
Butler, GA 31006

(Debtor)

Valerie G. Long

(Counsel for Debtor)

United Consumer Financial Svcs
C/O Bass And Associates, P.C.
3936 E. Ft Lowell Rd., St 200
Tucson, AZ 85712

(Creditor)

This 24 day of October 2018.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In Re:<br>Antonio Bertram Mccants<br>Po Box 2792<br>Butler, GA 31006 | Chapter 13<br><br>Case No: 18-40304-JTL |

/s/  Kristin Hurst

Kristin Hurst
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com